IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE,<br><br>Plaintiffs,<br><br>vs.<br><br>J. SHARON HEYWOOD, Shasta-Trinity National Forest Supervisor, and UNITED STATES FOREST SERVICE,<br><br>Defendants. | Civ. Case No. 2:09-cv-02252-JAM-GGH<br><br>ORDER REGARDING TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION BRIEFING SCHEDULE |

After consideration, this court orders the following briefing schedule in this case:

| | |
|---|---|
| Plaintiffs' TRO/PI Motion & Memo: | August 21st, 2009 |
| Hearing on TRO/PI: | ~~August 24th or~~ August 25th 2009 at 2:00 pm |
| Defendants' Response on PI: | August 28th 2009 |
| Plaintiff's Reply on PI: | September 1st, 2009 |
| Hearing on PI: | September 16, 2009 @ 9 AM |

In accordance with this Court's Orders, opening and response briefs shall not exceed 25 pages and reply briefs shall not exceed 10 pages in length. The Court will consider declarations filed by the parties to assess the issues of standing, likelihood of success on the merits, and the likelihood of irreparable harm.

IT IS SO ORDERED.

DATED: 8-19-09

_____
United States District Judge

PAGE 1 – ORDER REGARDING TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION BRIEFING SCHEDULE