IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE,<br><br>Plaintiffs,<br><br>vs.<br><br>J. SHARON HEYWOOD, Shasta-Trinity National Forest Supervisor, and UNITED STATES FOREST SERVICE,<br><br>Defendants. | Civ. Case No. 2:09-cv-02252-JAM-GGH<br><br>ORDER REGARDING PRELIMINARY INJUNCTION BRIEFING SCHEDULE |

After consideration, this court orders the following briefing schedule in this case:

Plaintiffs' PI Motion & Memo:   August 24th, 2009

Defendants' Response:   August 28th, 2009

Plaintiffs' Reply:   September 1st, 2009

Hearing on PI:   September 16th, 2009 @ 9AM -

In accordance with this Court's Orders, opening and response briefs shall not exceed 25 pages and reply briefs shall not exceed 10 pages in length. The Court will consider declarations filed by the parties to assess the issues of standing, likelihood of success on the merits, and the likelihood of irreparable harm.

IT IS SO ORDERED.

DATED: 8-19-09

_____
United States District Judge

PAGE 1 – ORDER REGARDING PRELIMINARY INJUNCTION BRIEFING SCHEDULE