# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE,<br><br>Plaintiffs,<br><br>vs.<br><br>J. SHARON HEYWOOD, Shasta-Trinity National Forest Supervisor, and UNITED STATES FOREST SERVICE,<br><br>Defendants. | Civ. Case No. 2:09-cv-02252-JAM-GGH<br><br>ORDER GRANTING TEMPORARY RESTRAINING ORDER AND SETTING BOND |

## ORDER

On August 26th 2009, this court heard argument on Plaintiffs' Motion for Temporary Restraining Order (dkt. #19).  Because Plaintiffs have raised serious questions about the merits of the Trough post-fire salvage sale, and having demonstrated irreparable harm, that the balance of harms tips in their favor, and that the public interest favors the issuance of a temporary restraining order, Plaintiffs' motion for a temporary restraining order is hereby GRANTED.

It is also hereby ORDERED that Plaintiffs post a surety bond in the amount of $63,100 by Monday, August 31st 2009 prior to this court's order taking effect.

IT IS SO ORDERED.

Dated: August 28, 2009        /s/ John A. Mendez_____
                              HON. JOHN A. MENDEZ
                              UNITED STATES DISTRICT JUDGE

PAGE 1 – [PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER AND SETTING BOND

PDF created with pdfFactory trial version www.pdffactory.com