# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE,<br><br>    Plaintiffs,<br>v.<br><br>J. SHARON HEYWOOD, Shasta-Trinity National Forest Supervisor, and UNITED STATES FOREST SERVICE,<br><br>    Defendants, | Civ. No. 09-2252-JAM-GGH<br><br>**ORDER ON DEFENDANTS' REQUEST FOR PARTIAL EXEMPTION FROM LOCAL RULE 39-138(B)** |

Having considered Defendants' unopposed request for a partial exemption from Local Rule 39-128(b), it is hereby ordered that the motion is granted, and Defendants need not deliver to chambers a courtesy paper copy of the administrative record for the Limited Timber Harvest Categorical Exclusion. Instead, Defendants will provide a hard copy of excerpts from the Limited Timber Harvest Categorical Exclusion record for any documents that the parties cite in their briefs.

It is SO ORDERED.

DATED: October 1, 2009

                                          /s/ John A. Mendez
                                          John A. Mendez
                                          United States District Judge