UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
OCT - 7 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

KLAMATH-SISKIYOU WILDLANDS ) 
CENTER, ENVIRONMENTAL ) Civ. No. 09-2252-JAM-GGH
PROTECTION INFORMATION CENTER, )
and KLAMATH FOREST ALLIANCE, )
)
Plaintiffs, )
v. ) [PROPOSED]
) SCHEDULING ORDER
J. SHARON HEYWOOD, Shasta-Trinity )
National Forest Supervisor, and UNITED )
STATES FOREST SERVICE, )
)
Defendants, )
)

Having considered the Joint Status Report, it is hereby ordered that the following schedule shall be adopted for this case:

| | |
|---|---|
| Defendants' answer | November 12, 2009 |
| Plaintiffs' Motion for Summary Judgment (35 pages) [Jan 25] | November 30, 2009 |
| Defendants' Opposition and Cross Motion for Summary Judgment (35 pages) [Jan 25] | January 14, 2010 |
| Plaintiffs' Opposition and Reply (15 pages) [10 Jan] | February 8, 2010 |
| Defendants' Reply (15 pages) [Jan 10] | February 26, 2010 |

It is SO ORDERED.

_____
John A. Mendez
United States District Judge