David E. Martinek, SBN 107503
Dun & Martinek LLP
2313 I Street (zip-95501)
P.O. Box 1266
Eureka, CA  95502
Telephone: (707) 442-3791
Facsimile: (707) 442-9251

Attorney for SIERRA PACIFIC INDUSTRIES, Proposed Intervenor-Defendant

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER; ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE,<br><br>Plaintiffs,<br><br>vs.<br><br>J. SHARON HEYWOOD, Shasta-Trinity National Forest Supervisor, and UNITED STATES FOREST SERVICE.<br><br>Defendants.<br><br>SIERRA PACIFIC INDUSTRIES,<br><br>Proposed Defendant/Intervenor | Case No.: 2:09-CV-02252-JAM-GGH<br><br>ORDER GRANTING PERMISSIVE INTERVENTION (FRCP 24(B)(1)(B)) |

This matter came on regularly for hearing on Proposed Defendant/Intervenor Sierra Pacific Industries' Motion for Leave to Intervene, the Honorable John A. Mendez presiding.  Sierra Pacific Industries appeared by and through its attorney, David E. Martinek.  No other counsel appeared.  The court having considered the pleadings, as well as the statement of counsel present,

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED:**

    Moving Party Sierra Pacific Industries has demonstrated a common question of law or fact, its application is timely and there is no prejudice to existing parties.  Permissive intervention is hereby granted.

Dated: November 3, 2009                        /s/ John A. Mendez_____
                                                              John A. Mendez
                                                              United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com