Susan Jane M. Brown (OSB #05460)
(Lead Counsel)
Western Environmental Law Center
4107 NE Couch St.
Portland, OR. 97232
Ph. 503-914-1323
brown@westernlaw.org

Matt Kenna (CO #22159)
Western Environmental Law Center
679 E. 2nd Ave., Suite 11B
Durango, CO. 81301
(970) 385-6941 x 131
kenna@westernlaw.org

Rachel M. Fazio (CA #187580)
P.O. Box 697
Cedar Ridge, CA 95924
Tel: (530) 273-9290
Fax: (530) 273-9260
rfazio@nccn.net

René P. Voss (CA #255758)
(Local Counsel)
42 Greenfield Ave, Suite A
San Anselmo, CA 94960-2415
530-219-8068 (phone)
renepvoss@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE,<br><br>Plaintiffs,<br><br>vs.<br><br>J. SHARON HEYWOOD, Shasta-Trinity National Forest Supervisor, and UNITED STATES FOREST SERVICE,<br><br>Defendants,<br><br>SIERRA PACIFIC INDUSTRIES,<br><br>Intervenors. | Civ. Case No. 2:09-cv-02252-JAM-GGH<br><br>CORRECTED STIPULATION TO VOLUNTARILY DISMISS WITH PREJUDICE AND ORDER |

On November 23rd 2009, Plaintiffs Klamath-Siskiyou Wildlands Center, Environmental Protection Information Center, and Klamath Forest Alliance (Plaintiffs), and Defendants J. Sharon Heywood and United States Forest Service (Defendants) submitted a stipulation dismissing the above captioned action.  Dkt. #65.  Subsequent to filing that stipulation, the parties to the stipulation noticed a clerical error that characterized the stipulation as dismissing the action both <u>with</u> prejudice, and <u>without</u> prejudice.  The parties hereby file this corrected stipulation to voluntarily dismiss the above captioned case <u>with</u> prejudice.

It is stipulated by the parties that the claims in Plaintiffs' complaint are voluntarily dismissed with prejudice under Rule 41(a) according to the following terms:

1. The claims in Plaintiffs' complaint are voluntarily dismissed with prejudice; and

2. All parties agree that each party will bear its own costs and attorney fees in the district court.

Although it appears that no Court action is required, a proposed order granting the requested relief is provided.

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED this 24th day of November, 2009.

 /s/  Susan Jane M. Brown          .

| | |
|---|---|
| Susan Jane M. Brown (OSB #05460)<br>Western Environmental Law Center<br>4107 NE Couch St.<br>Portland, OR.  97232<br>Ph. 503-914-1323<br>brown@westernlaw.org | Rachel M. Fazio (CA #187580)<br>P.O. Box 697<br>Cedar Ridge, CA 95924<br>Tel: (530) 273-9290<br>Fax: (530) 273-9260<br>rfazio@nccn.net |
| Matt Kenna (CO #22159)<br>Western Environmental Law Center<br>679 E. 2nd Ave., Suite 11B<br>Durango, CO. 81301<br>(970) 385-6941 x 131<br>kenna@westernlaw.org | René P. Voss (CA #255758)<br>42 Greenfield Ave, Suite A<br>San Anselmo, CA  94960-2415<br>530-219-8068 (phone)<br>renepvoss@gmail.com |

*Counsel for Plaintiffs*

1

PDF created with pdfFactory trial version www.pdffactory.com

*On behalf of:*

LAWRENCE G. BROWN, United States Attorney
DAVID T. SHELLEDY, Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2799
Facsimile: (916) 554-2900

JOHN C. CRUDEN, Acting Assistant Attorney General
STACEY BOSSHARDT, Trial Attorney
JASON A. HILL, Trial Attorney
BEVERLY F. LI, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20004
Telephone: (202) 305-0440
Facsimile: (202) 305-0506

*Attorneys for Defendants*

David E. Martinek, SBN 107503
Dun & Martinek LLP
2313 I Street
P.O. Box 1266
Eureka, CA 95502
Telephone: (707) 442-3791
Facsimile: (707) 442-9251
dem@dunmartinek.com

*Attorney for Sierra Pacific Industries*

2

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

Upon consideration of the above Stipulation, it is hereby ORDERED that, for good cause shown, this matter is hereby voluntarily dismissed with prejudice.

IT IS SO ORDERED.

Dated: November 24, 2009            /s/ John A. Mendez_____
                                    HON. JOHN A. MENDEZ
                                    UNITED STATES DISTRICT JUDGE

3

PDF created with pdfFactory trial version www.pdffactory.com